UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ALBERT COPPERNALL and
MARGARET COPPERNALL

                    Plaintiffs,

v.                                              Civil Action No. 12-cv-6600

ADMIN RECOVERY LLC,

                    Defendant.

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED

_/s/ Seth J. Andrews_
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288

DATED:

_/s/ John P. Touhey_
John P. Touhey, Esq.
*Attorney for Defendant*
9159 Main Street
Clarence, NY 14031
Phone: (716)635-8474